[No. 63822-0-I.  Division One.  November 9, 2009.]

JAN K. KERBY ET AL., *Respondents*, v. GEORGE AUTTELET ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-2-00071-7, John P Wulle, J. Pro Tem., entered April 18, 2008. *Remanded* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Agid, J.

[No. 63826-2-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY CASPER DIAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-01652-3, D. Gary Steiner, J., entered May 23, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Agid, J.

[No. 63840-8-I.  Division One.  November 9, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. FARON WILLIAM ROPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-01660-1, Michael F. Moynihan, J. Pro Tem., entered June 30, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Becker, JJ.

[No. 63854-8-I.  Division One.  November 9, 2009.]

JUST DIRT, INC., *Respondent*, v. THE CITY OF BONNEY LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-15313-1, James R. Orlando, J., entered August 25, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Leach, J., concurred in by Schindler, C.J., and Ellington, J.